IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CASE NO. 4:03CR157 |
| v. | § | |
| | § | |
| CRAIG ALAN BITZER | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for modification of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the report of the United States Magistrate Judge regarding the status of Defendant's supervised release and is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is, therefore, ORDERED that the Petition for Warrant or Summons for Offender Under Supervision (Dkt. 36) be WITHDRAWN and that Defendant continue on supervised release under his current conditions of supervision.

**SO ORDERED.**

**SIGNED this 10th day of July, 2008.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE